SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: October 21, 2024

USPO ____
AUSA   X
DEF  ____

| | |
|---|---|
| Defendant's Name: Ricardo Torres | Docket No.: 22CR2185-BAS |
| Attorney's Name: Joshua C. Mellor | Phone No.: 619-546-9733 |
| Guideline Manual Used: November 2023 | Agree with USPO Calcs.  No |

Base Offense Level(s): USSG § 2S1.1(a)(2) - Money Laundering > $550,000    24
Specific Offense Characteristics: Knowledge of Drug Proceeds, USSG §2S1.1(b)(1)    +6
   Violation of USSG §1956, USSG §2S1.1(b)(2)(B)    +2

Adjusted Offense Level:
☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.    32
Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]    -3

Total Offense Level:    29
Supervised Release Range (based on Total Offense Level):    1  to  3  years
Fine Range (based on Total Offense Level):   $ 30,000  to $ 300,000

Criminal History Score:    1
Criminal History Category:    I
☐ Career Offender   ☐ Armed Career Criminal
Guideline Range:                                        from  87  mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)    to  108  mths
Departures:
   USSG § 5K2.0 Appeal Waiver/Early Resolution    -2
Resulting Guideline Range: Adjusted Offense Level:  27    from  70  mths
                                                                to  87  mths

RECOMMENDATION:   70 months' custody; 3 years S/R;

No fine and $100 special assessment.

03/2023